**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Stephen Bishop,                      )   No. CV 08-964-PHX-SMM (JRI)
                                     )
              Plaintiff,             )   **ORDER**
                                     )
vs.                                  )
                                     )
Dora B. Schriro, et al.,             )
                                     )
              Defendants.            )
_____)

It appearing to the Court that Plaintiff's Motion for Reconsideration (Doc. 7) is now ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion.  (Doc. 7.)  However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 1st day of July, 2008.

_____
Stephen M. McNamee
United States District Judge