**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Bishop,<br><br>    Plaintiff,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Defendants, | No. CV 08-964-PHX-SMM (JRI)<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Plaintiff's Motion to Stay, filed April 14, 2009 (Doc. #53). Plaintiff seeks a stay of this action pending an appeal to the Ninth Circuit and a complaint to the State Bar. The matter was referred to Magistrate Judge Jay Irwin for Report and Recommendation, and on May 19, 2009 the Magistrate Judge filed a Report and Recommendation with this Court (Doc. #57). To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is

1 | a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."

2 | Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth,

**IT IS ORDERED** that the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. #57).

**IT IS FURTHER ORDERED GRANTING** Plaintiff's Motion to Stay (Doc. #53).

**IT IS FURTHER ORDERED** that this action is stayed pending a decision on Plaintiff's Notice of Interlocutory Appeal filed April 3, 2009 (#47).

DATED this 18th day of June, 2009.

_____
Stephen M. McNamee
United States District Judge